IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

Elizabeth Heidbrink and L. Roxana Marion,
on behalf of themselves and all others
similarly situated,

       Plaintiffs,

vs.

ThinkDirect Marketing Group, Inc., a/k/a or
f/k/a Agora Marketing Solutions, Inc. a/k/a or
formerly known as Special Data Processing
Corporation a/k/a or formerly known as
National Magazine Exchange, Blackstreet
Capital Management, LLC, Thomas H. Ripley,
Individually, Dennis Cahill, Individually, Pat
Dall, Individually, and Dave Macey,
Individually

       Defendants.

Case No. 14-002526-CI-15

_____/

**DEFENDANT BLACKSTREET CAPITAL MANAGEMENT, LLC'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

      COMES NOW, Defendant Blackstreet Capital Management, LLC ("BCM"), by and through undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.140(b)(2), and hereby moves the Court to enter an order dismissing Plaintiffs' Complaint against BCM in its entirety.

      1.     In support of its motion to dismiss for lack of personal jurisdiction under Rule 1.140(b)(2), BCM would show as follows.

      2.     Plaintiffs offer only a conclusory allegation, without factual support, that BCM is "a Foreign Corporation, engaged in substantial and not isolated business activities within the State of Florida." (Compl. ¶ 6). In fact, BCM is not subject to personal jurisdiction in Florida.

3. BCM has no physical presence in Florida and has no other contacts with Florida that would justify an exercise of personal jurisdiction over it in this case. BCM is a company with its sole office in Chevy Chase, Maryland that provides high-level monitoring, restructuring and advisory services to companies as an independent contractor pursuant to a contract for BCM's services.

4. BCM is a Delaware limited liability company. BCM does not have an office in Florida. Contrary to Plaintiffs' conclusory and unsupported allegation that "[a]t all times material hereto Defendants, THINKDIRECT MARKETING GROUP, INC. and BLACKSTREET CAPITAL MANAGEMENT, LLC are joint employers and/or a common enterprise" (Compl. ¶ 13), no employee of BCM resides or works in Florida. BCM does not own real property in Florida. BCM does not have a registered agent for service of process in Florida and has never filed suit in Florida. BCM does not maintain any records in Florida and has never opened a bank account in Florida. BCM has never paid, or been required to pay, taxes in Florida. Plaintiffs cannot demonstrate that BCM has continuous and systematic contacts with Florida to justify an exercise of general jurisdiction over BCM in this case.

5. Although BCM has entered into contracts with ThinkDirect and a Florida entity under which BCM provides these entities with financial and advisory services, these contracts were executed in Maryland and are governed by Maryland law, and BCM's provision of services under the contracts is insufficient to constitute systematic or continuous activities that would subject BCM to general jurisdiction in Florida.

6. Similarly, Plaintiffs' conclusory allegation that Mr. Ripley and Mr. Cahill are both "Operating Partner[s]" of BCM and officers of ThinkDirect does not subject BCM to general jurisdiction. (Compl. ¶¶ 7-10.) Indeed, although Plaintiffs never define what they mean

by the phrase "Operating Partner," even if Plaintiffs alleged that BCM had interlocking officers with a company located in Florida (which BCM does not have and which Plaintiffs have not alleged), even that allegation would be insufficient to confer personal jurisdiction on BCM under Florida law.

7. In fact, Mr. Ripley and Mr. Cahill are not employees of BCM. Mr. Cahill and Mr. Ripley are employees of ThinkDirect.

8. Finally, the allegation that "Defendant, BLACKSTREET CAPITAL MANAGEMENT, LLC through ACCC Acquisition, LLC owns the majority of stock in THINKDIRECT MARKETING GROUP, INC." (Compl. ¶ 6), is insufficient to establish personal jurisdiction over BCM in Florida. Under Florida law, a company is not subject to personal jurisdiction merely by indirectly owning stock in another company with offices located in Florida.

9. Plaintiffs do not allege that BCM is subject to specific jurisdiction under Florida's long-arm statute. Nor have Plaintiffs alleged a basis upon which exercising specific jurisdiction over BCM would comport with due process or be reasonable.

10. Plaintiffs fail to allege facts demonstrating any basis to confer personal jurisdiction over BCM in this case.

11. For the foregoing reasons, Plaintiffs' Complaint should be dismissed in its entirety as to Defendant BCM.

WHEREFORE, Defendant Blackstreet Capital Management, LLC ("BCM") respectfully requests this Court to enter an Order dismissing Plaintiffs' Complaint and awarding BCM all costs and attorneys' fees incurred in defending this action, together with such other and further relief as this Court deems just and appropriate.

Dated this 22nd day of May, 2014.

                    s/ Reed L. Russell _____
Reed L. Russell
  Fla. Bar No. 0184860
Phelps Dunbar LLP
100 South Ashley Drive
Suite 1900
Tampa, FL  33602-5311
813-472-7589
913-472-7570 (FAX)
reed.russell@phelps.com

*Attorneys for Defendant Blackstreet Capital Management, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Dismiss has been electronically filed with the Clerk of Court by using the Florida Courts E-Filing Portal which will send a notice of electronic filing and copy to all parties of record, and served via U.S. mail on May 22, 2014 to the following:

| | |
|---|---|
| Christopher D. Gray, Esquire<br>Rachel L. Wood, Esquire<br>Florin Roebig, P.A.<br>777 Alderman Road<br>Palm Harbor, FL 34683<br>727-786-5000<br>727-772-9833 (FAX)<br>CDG@FlorinRoebig.com<br>RWood@FlorinRoebig.com<br><br>*Attorneys for Plaintiffs* | Kevin E. Hyde, Esquire<br>Jonathan W. Oliff, Esquire<br>Foley & Lardner LLP<br>One Independent Drive, Suite 1300<br>Jacksonville, FL 32202-5017<br>904-359-2000<br>904-359-8700 (FAX)<br>khyde@foley.com<br>joliff@foley.com<br><br>*Attorneys for Thinkdirect Marketing Group, Inc., Thomas H. Ripley, Dennis Cahill, Pat Dall, and Dave Macey* |

                    s/ Reed L. Russell
                    Reed L. Russell

3

PD.11528495.1