## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ELIZABETH HEIDBRINK and
L. ROXANA MARION,

     Plaintiffs,

v.                              Case No: 8:14-cv-1232-T-30AEP

THINKDIRECT MARKETING GROUP,
INC., THOMAS H. RIPLEY, DENNIS
CAHILL, PAT DALL and DAVE
MACEY,

     Defendants.

_____

<u>ORDER</u>

The Court has been advised via a Joint Notice of Settlement (Dkt. #126) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without**

**prior authorization or approval from this Court.**   All pending motions, if any, are

**DENIED** as moot.   The Clerk is directed to close the file.

 **DONE** and **ORDERED** in Tampa, Florida, this 8th day of January, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record